**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| WILLIAM SALIER, KARLA SALIER, | : | |
| | : | |
| Plaintiffs, | : | Dkt. No.: 0:22-cv-00082 |
| v. | : | |
| | : | |
| WALMART, INC.; HY-VEE, INC., | : | |
| | : | |
| Defendants. | : | January 13, 2022 |

## <u>NOTICE OF APPEARANCE</u>

The undersigned hereby respectfully gives notice of her appearance for the Plaintiffs, William Salier and Karla Salier.

THE PLAINTIFFS

<u>/s/ Marjorie J. Holsten /s/</u>

MAJORIE J. Holsten, ESQ.
Holsten Law office
8525 Edinbrook Crossing,
Ste. 210
Brooklyn Park, MN 55443
Tel: 763-420-7034
marjholsten@yahoo.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the above-captioned date, a copy of the foregoing was filed electronically. Notice of this filing will be served upon the Defendants by the same process used to serve the summons and complaint.

/s/ Majorie Holsten /s/